# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

Julie Wagner,                                    **CASE NO. 8:10CV388**

)

    Plaintiff,  )  **NOTICE OF DISMISSAL WITH**

)     **PREJUDICE**

VS.       )    **(case settled)**

)

National Action Financial,  )

)

    DEFENDANT. )

)

COMES NOW, the Plaintiff, through her attorney, Pamela A. Car, and pursuant to

Fed.R.Civ.P. 41(a)(1)(i) and gives notice of Plaintiff's dismissal of this case with prejudice as it

has been settled in its entirety. Each party to pay its own fees and costs to the extent not

otherwise agreed upon in the parties' confidential settlement agreement.

Dated: January 3, 2011

     Julie Wagner, Plaintiff,


     By:s/Pamela A. Car
      Pamela A. Car #18770
      William L. Reinbrecht #20138
      Car & Reinbrecht, P.C., L.L.O.
      8720 Frederick Street, Suite 105
      Omaha, NE 68124
      (402) 391-8484 Telephone
      (402) 391-1103 Facsimile
      E-mail: pacar@cox.net
      Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2011, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Alison Gutierrez
Jennifer L. Andrews
KUTAK ROCK
The Omaha Building
1650 Farnam St.
Omaha,  NE  68102

and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

> By:s/Pamela A. Car
>     Pamela A. Car #18770
>     Car & Reinbrecht, P.C., L.L.O.
>     8720 Frederick St. # 105
>     Omaha, NE 68124
>     (402) 391-8484 phone
>     ( 402) 391-1103 fax
>     pacar@cox.net –e-mail
>     Attorney for Plaintiff